Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
TAWNYA WEST

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| TAWNYA WEST, | Case No.: 2:10-cv-00296-DKD |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| ER SOLUTIONS, INC, | |
| Defendant. | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, TAWNYA WEST, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: April 19, 2010                                         KROHN & MOSS, LTD.


                                                             By:/s/ Ryan Lee
                                                                 Ryan Lee
                                                                 Attorneys for Plaintiff
                                                                 TAWNYA WEST

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWNYA WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 2:10-cv-00296-DKD |
| ) | |
| ER SOLUTIONS, INC, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing VOLUNTARY DISMISSAL was sent via THE COURT'S ELECTRONIC FILING SYSTEM:


Dated:  April 19, 2010

                                      /s/ Ryan Lee, Esq.
                                    KROHN & MOSS, LTD.
                        10474 Santa Monica Blvd. Ste. 401
                                Los Angeles, CA 90025
                               rlee@consumerlawcenter.com
                                       (323) 988-2400
                                  Attorney for Plaintiff,
                                         TAWNYA WEST